# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

HYDENTRA, L.P. HLP GENERAL
PARTNER, INC, a foreign corporation,
d/b/a METART d/b/a SEXART;
HYDENTRA HLP INT. LIMITED, a
foreign corporation, d/b/a METART d/b/a
SEXART; and HYDENTRA LP, a foreign
corporation, d/b/a METART d/b/a
SEXART

          Plaintiffs,

vs.

SIRACUSA MANAGEMENT S.A., a
Panamanian company, individually and
d/b/a/ VPORN.COM; ANTON TITOV,
individually and d/b/a VPORN.COM; IP
TRANSIT, INC.; and John Does 1-20,

          Defendants.

CASE NO. _____

---

## COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF
## AND DEMAND FOR JURY TRIAL

      Plaintiffs Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart; Hydentra

HLP Int. Limited, d/b/a Metart, d/b/a Sexart; Hydentra L.P., d/b/a Metart, d/b/a Sexart (hereinafter

referred to as "Plaintiffs") by and through its counsel, file this complaint against Defendants

Siracusa Management S.A., individually and d/b/a VPorn.com; Anton Titov (a/k/a Atanas

Vangelov), individually and d/b/a VPorn.com; IP Transit, Inc.; and the Doe Defendants

(collectively hereinafter referred to as "Defendant" or "Defendants").

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

1 of 25

## JURISDICTION AND VENUE

1.      Plaintiff Hydentra L.P. HLP General Partner, Inc. is a foreign corporation organized under the laws of Cyprus, with offices located in Los Angeles, California.

2.      Plaintiff Hydentra HLP Int. Limited is a foreign corporation organized under the laws of Cyprus, with offices located in Los Angeles, California.

3.      Plaintiff Hydentra L.P. is a foreign corporation organized under the laws of Cyprus, with offices located in Los Angeles, California.

4.      Defendant Siracusa Management S.A. is, upon information and belief, a company organized and existing under the laws of Panama. Upon information and belief, in conjunction with the other Defendants, Siracusa Management S.A. owns and operates VPorn.com an Internet web site that displays and distributes adult oriented videos, photographs, content, and services.

5.      Upon information and belief, Defendant Anton Titov (a/k/a Atanas Vangelov), is a resident of Bulgaria.  Upon information and belief, Defendant Titov owns Siracusa Management and/or directs, controls, and/or assists in determining the content on Vporn.com.

6.      Defendant IP Transit Inc. is a Florida based company that provides Internet support services for Vporn.com.

7.      Defendants contract with United States advertisers, which use geotracking to target advertisements directly into districts throughout the entire United States, including Florida.

8.      Defendants utilize an agent in Florida for purposes of receiving cease and desist, or takedown, notices regarding infringement of intellectual property on their web site VPorn.com.

9.      Defendants, by and/or though subsidiaries, contract with Florida based companies and individuals to deliver content for their web properties.

10.     Defendants specifically target Internet users throughout the entire United States, including Florida.

11.     Upon information and belief, the Defendants all transact business in this Judicial District by way of their interactive websites, offices, business operations, and through their interactivity with subscription based and non-subscription based Florida members who have been offered the infringing and unlawful content at issue herein and who have, themselves, engaged in acts of infringement in this District and State.   The Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to this district, and have committed tortious acts within this district or directed at this district.

12.     The Court has personal jurisdiction over the Defendants, foreign companies and individuals who have engaged in business activities in and directed to the United States and this district, and have committed tortious acts within the United States and this district or directed at the United States and this district.

13.     Any alien defendant is subject to jurisdiction in any district. See 28 U.S.C. 1391 ("An alien may be sued in any district.") See also Fed. R. Civ. P. 4(k)(2).

14.     This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 17 U.S.C. § 101 et seq., Section 32 of the Lanham Act, 15 U.S.C. §1114(1), 15 U.S.C. § 1121, 15 U.S.C. §1125, 28 U.S.C. §1331 and 28 U.S.C. §1338.

15.     Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) and/or (c).

16.     This Court has personal jurisdiction pursuant to 28 U.S.C. §§ 1391(b), (c) and/or (d) and 28 U.S.C. § 1400(a).

## PARTIES

17.     The named Plaintiffs are the rightful copyright, trademark and intellectual property owners of the respective United States copyrights, trademarks and intellectual property that are the basis for this action.

18.     Plaintiffs, more commonly known as the MetArt Network of adult entertainment properties, is a group of erotic websites that explore and deliver sensuality and sexuality through artistic photography, video, erotic stories, and through articles about beauty, culture, and nudity. These websites include MetArt.com, SexArt.com, Errotica-Archives.com, EroticBeauty.com, TheLifeErotic.com, RylskyArt.com, ALSScan.com, VivThomas.com, EternalDesire.com, Stunning18.com, HollyRandall.com, domai.com, goddessnudes.com, and bbfilms.com. Since 1999, Plaintiffs have grown their trademark brands into a globally recognized leader of sensual art garnering numerous industry awards through the use of studios around the globe, exotic locations, high budget productions, engaging storylines, famed photographers and directors coupled with the dedication from its artists and technicians.

19.     The MetArt library is comprised of exclusive content that features over 5000 models shot by 250 photographers/directors including such notables as Vivian Thomas and the late Zalman King, who also brought Hollywood films such as Wild Orchid, Two Moon Junction, 9 ½ Weeks, and the Showtime network groundbreaking series Red Shoes Diaries.

20.     The MetArt websites are paid membership sites.  MetArt engages in extremely limited licensing of its content to other entities or websites for viewing, in addition to the small sample of promotional materials provided to MetArt affiliates for the sole purpose of the affiliates' promoting MetArt property.  Any licensing is done with the intent for brand exposure and is limited

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

4 of 25

to a small subset of hand-selected content.  Predominantly, the MetArt business model is simply that a user must be a paid member to a MetArt site to view MetArt's works.

21.     Plaintiffs are the respective producer, distributor, and exclusive licensor of their own motion pictures in the United States as well as throughout the world.

22.     Plaintiffs have registered with the United States Copyright Office the copyrighted works identified in this Complaint.  Plaintiffs have taken industry standard steps to identify its products.  Plaintiffs' videos and photographs are watermarked with Plaintiffs' readily identifiable logo.

23.     Plaintiffs' MetArt trademark and service mark have been continuously used in commerce since May 2002.  U.S. Trademark Registration No. 3152759 was registered on October 10, 2006.

24.     Plaintiffs have expended considerable effort and expense in promoting their trademark and the goods sold under the trademark MetArt.  As a result, the purchasing public has come to know, rely upon and recognize the mark MetArt as an international brand of high quality adult entertainment.

25.     Plaintiffs' SexArt trademark and service mark have been continuously used in commerce since April 2011.  U.S. Trademark Registration No. 4191754 was registered on August 14, 2012.

26.     Plaintiffs have expended considerable effort and expense in promoting its trademark and the goods sold under the trademark SexArt.  As a result, the purchasing public has come to know, rely upon and recognize the mark SexArt as an international brand of high quality adult entertainment.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

5 of 25

27.     Defendant Siracusa Management S.A. is an owner and/or operator of VPorn.com and/or is doing business as VPorn.com.   Defendant Anton Titov is one of the directors and/or executives of the company and directs, controls, and/or assists in determining the content on VPorn.com.

28.     Defendant IP Transit, Inc. is a financial beneficiaries and/or operators of VPorn.com. The Defendant IP Trasnsit, Inc. and/or its assigns direct, control, and/or assist in determining the content displayed on VPorn.com.

29.     Defendants conduct business as VPorn.com, operate the website, and derive direct financial benefit through the sales of advertising space on VPorn.com, the value of which is directly attributed to the quality of videos posted on VPorn.com.

30.     Defendants compete against Plaintiffs in the distribution, display, and sale of adults-only audio-visual works through Internet distribution and divert potential customers from Plaintiffs.

31.     Defendants have registered VPorn.com as an Internet Service Provider with the United States Copyright Office.  Defendants had appointed Constantin Luchian as Agent to receive copyright take down notices, as Defendants notified the U.S. Copyright Office.

32.     Defendants have registered IP Transit as an Internet Service Provider with the United States Copyright Office.  Defendants had appointed Constantin Luchian as Agent to receive copyright take down notices, as Defendants notified the U.S. Copyright Office.

33.     Defendants fail to honor take down notices delivered to Constantin Luchian, the then-appointed DMCA Agent.

34.     Defendants fail to implement a reasonable repeat infringer policy.

35.     Defendants fail to qualify for safe harbor protections for copyright infringement liability under the Digital Millennium Copyright Act.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

6 of 25

36.     Does 1-20 are individual or entities that own VPorn.com, and/or act in concert with VPorn.com, the true names and capacities of which are presently unknown to Plaintiff. It is for that reason Plaintiff sues these Defendants by fictitious names. Plaintiff avers that each of the Doe defendants, along with the named defendant, jointly or severally, is responsible for the damages alleged herein.

## STATEMENT OF FACTS

37.     Congress' implementation of safe harbor provisions in the Digital Millennium Copyright Act ("DMCA") provides true internet service providers with protection against liability for copyright infringement resulting from the actions and/or postings of their users. As a primary example, the safe harbor protections provide YouTube.com with protection from liability should one of its users post a copyright protected video without authority or license.

38.     The DMCA safe harbor provisions have been systematically abused by internet copyright infringers in an attempt to garner protection for websites displaying copyrighted adult entertainment content without license or authority for free viewing to the public. Commonly, these websites attracted Internet user attention through the combination of offering free viewing of copyrighted materials and the unauthorized use of trademarks, providing the user a road to the free website through the use of these marks.

39.     VPorn.com is such a website, displaying copyrighted adult entertainment content without authorization or license and utilizing trademarks without authorization in order to attract users, and distract them from the trademark owners' services.

40.     Defendants host adult entertainment videos and/or host embedded code for adult entertainment videos to permit a user to view the videos on VPorn.com for free.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

7 of 25

41.     Defendants sell advertising space on VPorn.com in several forms, including advertising banners and links on space in close proximity to free videos, often geocentric.

42.     Defendants pay for traffic to be sent to VPorn.com.   Through its affiliate program, Defendants pay, at the time of the Complaint, $1.75 for every 1,000 unique visitors sent to VPorn.com.

43.     Videos on VPorn.com may be shared on other sites, in addition to the user being provided with direct links for posting on or to any social media site including, but not limited to, Facebook, Twitter, Google or via Email to anyone regardless of age or location.  Such functionality makes it impossible to know how many times and where an unlicensed copyrighted video has been posted and displayed illegally as a direct result of Defendants unlawful display.

44.     Defendants specifically review and hand pick each video displayed on VPorn.com. On the site, Defendants state:

> Welcome to Vporn.com - your free porn tube! Only on Vporn you can watch hand picked Sex videos and XXX movies for each category. Our team work hard to bring you new high-definition videos every day. You won't find on the other tube, that perfect streaming porno which you dream about. The quality of being superior you can get only on Vporn Tube. If you love to watch or download high quality sex movies with new faces of sexy girls, our site is dedicated to you. Vporn.com will satisfy your every sexual whim - enjoy our Free HD porn videos. Every video on Vporn selected by our team to provide you with the best free porn to satisfy all your wild desires.

45.     VPorn.com fails to fulfill the requisite conditions precedent to qualify for the safe harbor provisions of the DMCA.  Specifically, while registered with the United States Copyright Office as an Internet Service Provider and appointing a registered DMCA Agent, the Defendants fail to honor the take-down notices sent to the DMCA Agent and fail to implement a reasonable repeat infringer policy.

BeharBehar ⬥ 1840 North Commerce Parkway ⬥ Suite One ⬥ Weston, Florida 33326
T: 954-688-7642      F: 954-332-9260      W: BeharBehar.com

8 of 25

46.     IP Transit, Inc. delivers Plaintiffs' copyrighted works from VPorn.com host servers to VPorn.com users/viewers.  IP Transit, Inc. has the capability and control to cease the display of any specific video on VPorn.com.

47.     IP Transit, Inc. fails to fulfill the requisite conditions precedent to qualify for the safe harbor provisions of the DMCA.  Specifically, while registered with the United States Copyright Office as an Internet Service Provider and appointing a registered DMCA Agent, IP Transit, Inc. failed to honor the take-down notices sent to the DMCA Agent and fail to implement a reasonable repeat infringer policy.

48.     In or about June 2015, and for an unknown time before and up to and including the present, Defendants' website VPorn.com displayed Plaintiffs' 29 copyright registered works over 36 separate and distinct URLs  - each a part of VPorn.com.  Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.  These works are purported by Defendants to have been uploaded by third party Internet users. These copyrighted works and their corresponding VPorn.com page are listed in Exhibit A, attached hereto.

49.     On or about June 23, 2015, DMCA compliant take-down notices were delivered to the DMCA Agent appointed for Siracusa Management and/or VPorn.com.

50.     As of the date of this filing, all copyright registered works are actively displayed on the 36 links that were subject to the July DMCA Notices.

51.     The owner and operators of VPorn.com ignored the take-down notices.

52.     On or about June 19, 2015, DMCA compliant take-down notices were delivered to the DMCA Agent appointed for IP Transit, Inc.

53.     As of the date of this filing, all copyright registered works are actively displayed on the 36 links that were subject to the July DMCA Notices.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

9 of 25

54.　IP Transit, Inc. ignored the take-down notices.

55.　All conditions precedent to the filing of this action have been satisfied, waived or excused.

**COUNT I**
**Copyright Infringement – 17 U.S.C. §§ 101 *et. seq.***
**Against Siracusa Management, Anton Titov And Doe Defendants (Owners/Operators of VPorn.com)**

56.　Plaintiffs repeat, re-allege, and incorporate by reference paragraphs 1 through 55 above, and further state that:

57.　Plaintiffs hold the copyright on each of the infringed works alleged herein.

58.　Plaintiffs registered each copyright with the United States Copyright Office.

59.　At all pertinent times, Plaintiffs are the producers and registered owners of the audiovisual works illegally and improperly reproduced and distributed by Defendants.

60.　Defendants copied, reproduced, reformatted, and distributed Plaintiffs' copyrighted works to VPorn.com by and through servers and/or hardware owned, operated and/or controlled by Defendants.

61.　Defendants did not have authority or license to copy and/or display Plaintiffs' original works.

62.　Defendants infringed Plaintiffs' copyrighted works by reproducing and distributing works through Defendants' website VPorn.com without proper approval, authorization, or license of Plaintiffs.

63.　Defendants knew or reasonably should have known they did not have permission to exploit Plaintiffs' works on VPorn.com and further knew or should have known their acts constituted copyright infringement.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642　　F: 954-332-9260　　W: BeharBehar.com

10 of 25

64.     Defendants made no attempt to discover the copyright owners of the pirated works before exploiting them.  Defendants failed and refused to take any reasonable measure to determine the owner or license holder of the copyrighted works.

65.     Defendants engaged in intentional, knowing, negligent, or willfully blind conduct sufficient to demonstrate they engaged actively in the improper collection and distribution of Plaintiffs' copyrighted works.

66.     The quantity and quality of copyright files available to Internet users increased the attractiveness of Defendants' service to its customers, increased its membership base, and increased its ad sales revenue.

67.     Based on information and belief, Defendants actively uploaded and/or distributed pirated copyrighted files and/or embedded code, enabling users of VPorn.com to view copyrighted videos and images for a fee.

68.     Defendants controlled the files owned by Plaintiffs and determined which files remained for display and distribution.

69.     Defendants never adopted procedures to ensure that distribution of Plaintiffs' copyrighted materials would not occur. Further, Defendants never implemented or enforced a "repeat infringer" policy.

70.     Defendants either were aware, actually or constructively, should have been aware, or were willfully blind that pirated copyrighted materials comprised the most popular videos on the Defendants websites.

71.     Defendants, through VPorn.com, affirmatively and willfully accommodated Internet traffic generated by the illegal acts.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

11 of 25

72.     Defendants' conduct was willful within the meaning of 17 U.S.C. § 101, *et seq.* At a minimum, Defendants acted with willful blindness and reckless disregard of Plaintiffs' registered copyrights.

73.     Because of their wrongful conduct, Defendants are liable to Plaintiffs for copyright infringement. See 17 U.S.C. §501. Plaintiffs suffer and will continue to suffer substantial losses, including, but not limited to, damage to its business reputation and goodwill.

74.     The law permits Plaintiffs to recover damages, including readily ascertainable direct losses and all profits Defendants made by their wrongful conduct. 17 U.S.C. §504. Alternatively, Plaintiffs are entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).17 U.S.C. §504(c).

75.     Because of Defendants' willful infringement, the law permits enhancement of the allowable statutory damages. 17 U.S.C. §504(c) (2).

76.     The law permits Plaintiffs injunctive relief. 17 U.S.C. §502. Further, the law permits a Court Order impounding any and all infringing materials. 17 U.S.C. §503.

WHEREFORE, Plaintiffs Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart; Hydentra HLP Int. Limited, d/b/a Metart, d/b/a Sexart; Hydentra L.P., d/b/a Metart, d/b/a Sexart, request the following relief:

A.     That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

12 of 25

(1)     Any and all reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com;

(2)     Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com; and

(3)     Marketing or selling any product containing or utilizing Plaintiffs' intellectual property or business values.

B.     That Defendants be ordered to transfer the domain VPorn.com and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.VPorn.com and the content therein to Plaintiffs;

C.     That Defendants be ordered to file with the Court and serve upon Plaintiffs, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.     That Plaintiffs be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiffs' damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.     That Defendants be ordered to account to Plaintiffs for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiffs' copyrighted works;

F.     That Plaintiffs be awarded enhanced damages and attorney's fees;

G.     That Plaintiffs be awarded pre-judgment and post-judgment interest;

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

13 of 25

H.     That Plaintiffs be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

I.     That such other and further preliminary and permanent relief be awarded to Plaintiffs as the Court deems appropriate.

## COUNT II
### Contributory Copyright Infringement
### Against All Defendants

77.     Plaintiffs repeat, re-allege, and incorporate by reference paragraphs 1 through 55 above and further state that:

78.     Unknown individuals, without authorization, reproduced and distributed Plaintiffs' works through Defendants' websites, directly infringing Plaintiffs copyrighted works.

79.     Defendants contributed to the infringing acts of those individuals.

80.     Defendants were aware, should have been aware, or were willfully blind to the infringing activity.

81.     Defendants aided, abetted, allowed, and encouraged those individuals to reproduce and distribute Plaintiff's copyrighted works through Defendants' website without regard to copyright ownership.

82.     Defendants had the ability and obligation to control and stop the infringements. Defendants failed to do so.

83.     Defendants have engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works, and thus to the direct infringement of Plaintiffs' copyrighted works.

84.     Defendants received direct financial benefits from the infringements.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

14 of 25

85.     On information and belief, Defendants' actions constitute contributory infringement of Plaintiffs' copyrights and exclusive rights under copyright in the Plaintiffs' copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

86.     The unauthorized reproduction, distribution, and public display of Plaintiffs' copyrighted works that Defendant enables, causes, materially contributes to and encourages through the acts described above are without Plaintiffs' consent and are not otherwise permissible under the Copyright Act.

87.     The acts of infringement by Defendants have been willful, intentional, and purposeful and in reckless disregard of and with indifference to Plaintiffs' rights.

88.     As a direct and proximate result of the infringements by Defendants of Plaintiffs' copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiffs are entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

89.     Alternatively, Plaintiffs are entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c ).

90.     Plaintiffs are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. §505.

WHEREFORE, Plaintiffs Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart; Hydentra HLP Int. Limited, d/b/a Metart, d/b/a Sexart; Hydentra L.P., d/b/a Metart, d/b/a Sexart, request the following relief:

A.     That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642      F: 954-332-9260      W: BeharBehar.com

15 of 25

related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

> (1)    Any and all reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com;

> (2)    Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com; and

> (3)    Marketing or selling any product containing or utilizing Plaintiffs' intellectual property or business values.

B.    That Defendants be ordered to transfer the domain VPorn.com and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.VPorn.com and the content therein to Plaintiffs;

C.    That Defendants be ordered to file with the Court and serve upon Plaintiffs, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.    That Plaintiffs be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiffs' damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.    That Defendants be ordered to account to Plaintiffs for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiffs' copyrighted works;

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

16 of 25

F.      That Plaintiffs be awarded enhanced damages and attorney's fees;

G.      That Plaintiffs be awarded pre-judgment and post-judgment interest;

H.      That Plaintiffs be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

I.      That such other and further preliminary and permanent relief be awarded to Plaintiffs as the Court deems appropriate.

## COUNT III
### Vicarious Copyright Infringement
**Against All Defendants**

91.     Plaintiffs repeat, re-allege, and incorporate by reference paragraphs 1 through 55 above and further state that:

92.     Without authorization, individuals reproduced, distributed, and publicly displayed Plaintiffs' works through Defendants' website, directly infringing Plaintiffs' copyrighted works.

93.     Defendants were actually or constructively aware or should have been aware or were willfully blind to the infringing activity.

94.     Defendants were able to control or completely end the illegal and improper infringement, but failed to do so.

95.     Defendants contributed materially to the infringement.

96.     Defendants received direct financial gain and profit from those infringing activities.

97.     The acts, omissions, and conduct of all Defendants constitute vicarious copyright infringement.

98.     The acts of infringement by Defendants have been willful, intentional, and purposeful and in reckless disregard of and with indifference to Plaintiffs' rights. As a direct and proximate result of the infringements by Defendants of Plaintiffs' copyrights and exclusive rights

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

17 of 25

under copyright in the Plaintiffs' copyrighted works, Plaintiffs are entitled to their actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

99.     Alternatively, Plaintiffs are entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c ), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

100.    Plaintiffs are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. §505.

WHEREFORE, Plaintiffs Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart; Hydentra HLP Int. Limited, d/b/a Metart, d/b/a Sexart; Hydentra L.P., d/b/a Metart, d/b/a Sexart, request the following relief:

A.      That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)     Any and all reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com;

(2)     Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com; and

(3)     Marketing or selling any product containing or utilizing Plaintiffs' intellectual property or business values.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

18 of 25

B.     That Defendants be ordered to transfer the domain VPorn.com and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.VPorn.com and the content therein to Plaintiffs;

C.     That Defendants be ordered to file with the Court and serve upon Plaintiffs, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.     That Plaintiffs be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiffs' damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.     That Defendants be ordered to account to Plaintiffs for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiffs' copyrighted works;

F.     That Plaintiffs be awarded enhanced damages and attorney's fees;

G.     That Plaintiffs be awarded pre-judgment and post-judgment interest;

H.     That Plaintiffs be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

I.     That such other and further preliminary and permanent relief be awarded to Plaintiffs as the Court deems appropriate.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

19 of 25

## COUNT IV
### Inducement of Copyright Infringement
**Against Siracusa Management, Anton Titov And Doe Defendants (Owners/Operators of VPorn.com)**

101.    Plaintiffs repeat, re-allege, and incorporate by reference paragraphs 1 through 55 above and further state that:

102.    Defendants designed and/or distributed technology and/or devices and/or induced individuals to use this technology to promote the use of infringed and copyrighted material. As a direct and proximate result of Defendants' inducement, individuals infringed Plaintiffs' copyrighted works. These individuals reproduced, distributed and publicly disseminated Plaintiffs' copyrighted works through Defendants' website.

103.    On information and belief, Defendants have encouraged the illegal uploading and downloading of Plaintiffs' copyrighted works, thus inducing the unauthorized reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works, and thus to the direct infringement of Plaintiffs' copyrighted works.

104.    Defendants' actions constitute inducing copyright infringement of Plaintiffs' copyrights and exclusive rights under copyright in the Plaintiffs' copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

105.    The infringement of Plaintiffs' rights in and to each of the Plaintiffs' copyrighted works constituted a separate and distinct infringement.

106.    The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiffs' rights.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

20 of 25

107.    As a direct and proximate result of the infringements by Defendants of Plaintiffs' copyrights and exclusive rights under copyright in the Plaintiffs' copyrighted works, Plaintiffs are entitled to their actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

108.    Alternatively, Plaintiffs are entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

109.    Plaintiffs are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. §505.

WHEREFORE, Plaintiffs Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart; Hydentra HLP Int. Limited, d/b/a Metart, d/b/a Sexart; Hydentra L.P., d/b/a Metart, d/b/a Sexart, request the following relief:

A.    That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)    Any and all reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com;

(2)    Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiffs' copyrighted works by Defendants on any website, including but not limited to VPorn.com; and

(3)    Marketing or selling any product containing or utilizing Plaintiffs' intellectual property or business values.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

21 of 25

B.      That Defendants be ordered to transfer the domain VPorn.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.VPorn.com and the content therein to Plaintiffs;

C.      That Defendants be ordered to file with the Court and serve upon Plaintiffs, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.      That Plaintiffs be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiffs' damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.      That Defendants be ordered to account to Plaintiffs for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiffs' copyrighted works;

F.      That Plaintiffs be awarded enhanced damages and attorney's fees;

G.      That Plaintiffs be awarded pre-judgment and post-judgment interest;

H.      That Plaintiffs be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

I.      That such other and further preliminary and permanent relief be awarded to Plaintiffs as the Court deems appropriate.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

22 of 25

**COUNT V**
**Unauthorized Publication of Name and Likeness in Violation**
**Of Section 540.08, Florida Statutes**
**Against All Defendants**

110.    Plaintiffs repeat, re-allege, and incorporate by reference paragraphs 1 through 55 above and further state that:

111.    Plaintiffs' erotic photographs and motion pictures depict models who performed under contract.

112.    Said contract contains a release of each model's rights and interest for their appearance in an erotic motion picture, and an assignment in ownership of the same to Plaintiff.

113.    Defendants published, printed, displayed or otherwise used publicly images that depict numerous models that signed Plaintiffs' release agreement.

114.    Defendants' websites commercially exploit Plaintiffs' images without the Plaintiffs' knowledge or consent.

115.    Defendants gained pecuniary benefit from the unauthorized use of Plaintiffs' name, images and likeness.

116.    The Defendants use of Plaintiffs' name, images and likeness was not part of a bona fide news report, nor did it have a legitimate public interest, but rather, was used by Defendants for their sole commercial benefit.

117.    The use of Plaintiffs' name, image and likeness for commercial purposes, without express consent, violates Florida Statute §540.08.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

23 of 25

WHEREFORE, Plaintiffs Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart; Hydentra HLP Int. Limited, d/b/a Metart, d/b/a Sexart; Hydentra L.P., d/b/a Metart, d/b/a Sexart, request the following relief:

A.   That Defendants be enjoined from using the name, image, and likeness of any MetArt models for commercial, advertising, or any other unauthorized use on VPorn.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, and domains held by Defendants linked to www.VPorn.com;

B.   That Defendants be ordered to recover damages for any loss or injury resulting from Defendants' unauthorized use of Plaintiffs' name and likeness;

C.   That Defendants be ordered, pursuant to Florida Statute §540.08 to pay Plaintiffs a reasonable royalty, plus exemplary and/or punitive damages; and

D.   Such other and further preliminary and permanent relief be awarded to Plaintiffs as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby respectfully demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED:  January 15, 2016

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

24 of 25

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:      _/s/Aaron Behar_
Aaron Behar, Esquire
Florida Bar No.: 166286
Jaclyn Behar, Esquire
Florida Bar No.: 63833
***Counsel for Plaintiffs***

And:     Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiffs***
(Moving for Admission pro hac vice)

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

25 of 25

EXHIBIT A

**SITE: VPORN.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| After Sunbathing | PA0001922447 | http://www.vporn.com/cumshot/after-sunbathing/728532/ |
| Be My Slave | PA0001922430 | http://www.vporn.com/lesbian/mango-a-and-tracy-lindsay-be-my-slave/520716/ |
| Darkness In My Mind | PA0001922667 | http://www.vporn.com/fetish/eveline-neill-darkness-in-my-mind/266086/ |
| Draw Me | PA0001923131 | http://www.vporn.com/female/mia-manarote-draw-me/403076/ |
| Emotion | PA0001923126 | http://www.vporn.com/erotic/whitney-banged-by-matt-in-great-sensual-fuck/221700/ |
| Energy | PA0001931421 | http://www.vporn.com/masturbation/masturbation-michaela-isizzu/824834/ |
| First | PA0001917312 | http://www.vporn.com/interracial/iwia-a-and-johny-d-first/571770/ |
| Fly | PA0001931430 | http://www.vporn.com/teen/teen-lucy-li-fly/527338/ |
| Hielo Caliente | PA0001917310 | http://www.vporn.com/straight/hielo-caliente-hot-ice/676542/ |
| Il Lungo Addio | PA0001917306 | http://www.vporn.com/teen/cayenne-klein-il-lungo-addio/529144/ |
| Il Lungo Addio | PA0001917306 | http://www.vporn.com/teen/cayenne-klein-il-lungo-addio/519762/ |

EXHIBIT A

| Kamasutra | PA0001922480 | http://www.vporn.com/webcams/ashley-woods-want-kamasutra-fucked-with-bf/401358/ |
|---|---|---|
| Message in a Bottle | PA0001922661 | http://www.vporn.com/teen/ariel-piper-fawn-in-movie-message-in-a-bottle/747202/ |
| My Day | PA0001922689 | http://www.vporn.com/masturbation/sapphira-a-my-day/521062/ |
| Our Time | PA0001923133 | http://www.vporn.com/handjob/amirah-abada-our-time-p/272792/ |
| SexArt Drive | PA0001916896 | http://www.vporn.com/milf/gorgeous-milf-having-great-sex-on-the-couch/12099/ |
| SexArt Drive | PA0001916896 | http://www.vporn.com/cumshot/silvie-deluxe-in-movie-drive/748868/ |
| Shangri La | PA0001931434 | http://www.vporn.com/female/marie-mccray-shangri-la/672616/ |
| Siesta | PA0001922635 | http://www.vporn.com/bisexual/nancey-siesta-w-victoria-blaze/727058/ |
| Someone is Watching | PA0001922547 | http://www.vporn.com/lesbian/gina-gerson-frida-someone-is-watching/690972/ |
| Someone is Watching | PA0001922547 | http://www.vporn.com/teen/frida-and-gina-gerson-someone-is-watching/529014/ |
| Spanish Lesson | PA0001922536 | http://www.vporn.com/lesbian/spanish-lesson/676782/ |
| Stay Sweet | PA0001931432 | http://www.vporn.com/lesbian/stay-sweet/676824/ |

EXHIBIT A

| | | |
|---|---|---|
| Stay Sweet | PA0001931432 | http://www.vporn.com/straight/lorena-b-and-tracy-lindsay-stay-sweet-lesbian-girl-on-girl-blonde-natural-tits-babe-teen/520686/ |
| Sunny Morning | PA0001922541 | http://www.vporn.com/cumshot/connie-sunny-morning/736418/ |
| SexArt Drive | PA0001931437 | http://www.vporn.com/milf/gorgeous-milf-having-great-sex-on-the-couch/12099/ |
| Tantra Imaginations | PA0001922543 | http://www.vporn.com/big-boobs/connie-carter-nice-titt-fucked-in-massage/372842/ |
| The Art of Sex 2 | PA0001922538 | http://www.vporn.com/lesbian/artist-and-model/16409/ |
| The Cove | PA0001931427 | http://www.vporn.com/erotic/the-three-way/16733/ |
| The Score | PA0001922531 | http://www.vporn.com/female/ella-milano-the-score/672454/ |
| The Score | PA0001922531 | http://www.vporn.com/female/the-score-ella-milano/25861/ |
| Undercover Dangerous | PA0001916917 | http://www.vporn.com/straight/undercover-dangerous/380890/ |
| You And Me | PA0001916853 | http://www.vporn.com/lesbian/lorena-b-mia-knox-you-me/680380/ |
| The Writer - Night Train | PA0001922623 | http://www.vporn.com/lesbian/luna-and-whitney-conroy-night-train/520714/ |

EXHIBIT A

**SITE: VPORN.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| After Sunbathing | PA0001922447 | http://www.vporn.com/cumshot/after-sunbathing/728532/ |
| Be My Slave | PA0001922430 | http://www.vporn.com/lesbian/mango-a-and-tracy-lindsay-be-my-slave/520716/ |
| Darkness In My Mind | PA0001922667 | http://www.vporn.com/fetish/eveline-neill-darkness-in-my-mind/266086/ |
| Draw Me | PA0001923131 | http://www.vporn.com/female/mia-manarote-draw-me/403076/ |
| Emotion | PA0001923126 | http://www.vporn.com/erotic/whitney-banged-by-matt-in-great-sensual-fuck/221700/ |
| Energy | PA0001931421 | http://www.vporn.com/masturbation/masturbation-michaela-isizzu/824834/ |
| First | PA0001917312 | http://www.vporn.com/interracial/iwia-a-and-johny-d-first/571770/ |
| Fly | PA0001931430 | http://www.vporn.com/teen/teen-lucy-li-fly/527338/ |
| Hielo Caliente | PA0001917310 | http://www.vporn.com/straight/hielo-caliente-hot-ice/676542/ |
| Il Lungo Addio | PA0001917306 | http://www.vporn.com/teen/cayenne-klein-il-lungo-addio/529144/ |
| Il Lungo Addio | PA0001917306 | http://www.vporn.com/teen/cayenne-klein-il-lungo-addio/519762/ |

**EXHIBIT A**

| | | |
|---|---|---|
| Kamasutra | PA0001922480 | http://www.vporn.com/webcams/ashley-woods-want-kamasutra-fucked-with-bf/401358/ |
| Message in a Bottle | PA0001922661 | http://www.vporn.com/teen/ariel-piper-fawn-in-movie-message-in-a-bottle/747202/ |
| My Day | PA0001922689 | http://www.vporn.com/masturbation/sapphira-a-my-day/521062/ |
| Our Time | PA0001923133 | http://www.vporn.com/handjob/amirah-abada-our-time-p/272792/ |
| SexArt Drive | PA0001916896 | http://www.vporn.com/milf/gorgeous-milf-having-great-sex-on-the-couch/12099/ |
| SexArt Drive | PA0001916896 | http://www.vporn.com/cumshot/silvie-deluxe-in-movie-drive/748868/ |
| Shangri La | PA0001931434 | http://www.vporn.com/female/marie-mccray-shangri-la/672616/ |
| Siesta | PA0001922635 | http://www.vporn.com/bisexual/nancey-siesta-w-victoria-blaze/727058/ |
| Someone is Watching | PA0001922547 | http://www.vporn.com/lesbian/gina-gerson-frida-someone-is-watching/690972/ |
| Someone is Watching | PA0001922547 | http://www.vporn.com/teen/frida-and-gina-gerson-someone-is-watching/529014/ |
| Spanish Lesson | PA0001922536 | http://www.vporn.com/lesbian/spanish-lesson/676782/ |
| Stay Sweet | PA0001931432 | http://www.vporn.com/lesbian/stay-sweet/676824/ |

EXHIBIT A

| | | |
|---|---|---|
| Stay Sweet | PA0001931432 | http://www.vporn.com/straight/lorena-b-and-tracy-lindsay-stay-sweet-lesbian-girl-on-girl-blonde-natural-tits-babe-teen/520686/ |
| Sunny Morning | PA0001922541 | http://www.vporn.com/cumshot/connie-sunny-morning/736418/ |
| SexArt Drive | PA0001931437 | http://www.vporn.com/milf/gorgeous-milf-having-great-sex-on-the-couch/12099/ |
| Tantra Imaginations | PA0001922543 | http://www.vporn.com/big-boobs/connie-carter-nice-titt-fucked-in-massage/372842/ |
| The Art of Sex 2 | PA0001922538 | http://www.vporn.com/lesbian/artist-and-model/16409/ |
| The Cove | PA0001931427 | http://www.vporn.com/erotic/the-three-way/16733/ |
| The Score | PA0001922531 | http://www.vporn.com/female/ella-milano-the-score/672454/ |
| The Score | PA0001922531 | http://www.vporn.com/female/the-score-ella-milano/25861/ |
| Undercover Dangerous | PA0001916917 | http://www.vporn.com/straight/undercover-dangerous/380890/ |
| You And Me | PA0001916853 | http://www.vporn.com/lesbian/lorena-b-mia-knox-you-me/680380/ |
| The Writer - Night Train | PA0001922623 | http://www.vporn.com/lesbian/luna-and-whitney-conroy-night-train/520714/ |